AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
FILED
Sep 09 2019
ARTHUR JOHNSTON, CLERK

| | |
|---|---|
| United States of America<br>v.<br>Bruce Lamar Coleman<br><br>*Defendant(s)* | )<br>)<br>) Case No. 1:19mj79-JCG<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **September 6, 2019** in the county of **Jackson** in the **Southern** District of **MS Southern Division**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Possession with Intent to Distribute a Controlled Substance, 5 kilograms or more of cocaine hydrochloride, a schedule II controlled substance. |

This criminal complaint is based on these facts:
See affidavit attached hereto and incorporated herein

☑ Continued on the attached sheet.

_____
Complainant's signature

Robert W. Drace / Task Force Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: 9/9/2019

_____
Judge's signature

City and state: Gulfport, MS

John C. Gargiulo, U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT

I, Robert W. Drace, being first duly sworn, state as follows:

### Introduction

Your Affiant, Robert W. Drace, is a Task Force Agent (TFA) with the Drug Enforcement Administration (DEA), United States Department of Justice. TFA Drace has been a sworn law enforcement officer with the Harrison County Sheriff's Office since February 2002. TFA Drace was deputized as a Task Force Agent in September 2013. TFA Drace is authorized to perform duties as provided by law and department regulations and as such participates in investigations enforcing Title 21, United States Code, Section 878, to enforce Title 21 and other criminal laws of the United States. He has received special training in the enforcement of laws concerning controlled substances as found in Title 21 of the United States Code. He has participated in and has conducted investigations which have resulted in the arrest and conviction of individuals who have smuggled, received, and distributed controlled substances, as well as the seizure of illegal drugs and proceeds derived from the sale of those illegal drugs. In addition, he has conducted, in connection with these and other cases, follow-up investigations concerning the concealment of narcotics-produced assets, money, bank records, etc., and the identification of co-conspirators through the use of ledgers, telephone bills and records, and photographs, as related to drug trafficking. He has been involved in various types of electronic surveillance, in the execution of search and arrest warrants, and in the debriefing of defendants, witnesses and informants, as well as others who have knowledge of the distribution and transportation of controlled substances, and of the laundering and concealing of proceeds from controlled substance trafficking.

### Probable Cause Factual Basis

On Friday, September 6, 2019, Task Force Agent Rob Drace assisted by members of the US Drug Enforcement Administration, Harrison County Sheriff's Office Narcotics Division and Mississippi Bureau of Narcotics began surveillance on a suspected "stash house" for narcotics and currency belonging to the Bruce Lamar Coleman drug trafficking organization.

Earlier in the month, TFA Rob Drace and TFA Adam Gibbons received information from a proven and reliable source of information reference a known "stash house" being utilized by Bruce Lamar Coleman. The source of information related that prior to distributing narcotics, Coleman would first travel to the "stash house" and obtain the requested quantities of narcotics that he intended to distribute. Through the investigation, the residence was identified as being located at 13096 Alpine Drive in Biloxi, Mississippi. The residence was learned to be controlled by an Annette Coleman, wife of Bruce Coleman. Additionally, intelligence also related that

Coleman conceals and stores kilogram quantities of cocaine and bulk currency attained through its illicit distribution at the same residence.

On Friday, September 6, 2019, at approximately 11:30am, Agents and Investigators began surveillance on the aforementioned residence and observed a black GMC Sierra pickup bearing Mississippi license plate JG2 3321, a vehicle Coleman has been seen driving routinely on a daily basis for business and private use, pull into the driveway and park. After a few seconds, a black male whom agents positively identified as Coleman, exited the vehicle with a black backpack and entered the residence. After a few minutes, Coleman exited the residence with the same backpack and a white plastic grocery bag and got back into his vehicle and departed.

In addition, Agents had previously observed Coleman driving this vehicle on the day prior where he was seen meeting with an Asian male in the parking lot of Wal-Mart in Ocean Springs, Mississippi. Coleman was then observed reaching into the Asian male's vehicle from the passenger side where he obtained an object wrapped in a brown paper and quickly placed it into the interior of his vehicle. The encounter with the Asian male was brief only lasting for a few seconds with minimal, if any communication.

Based on training and experience and intelligence regarding the residence, agents identified Coleman's actions as being indicative of narcotics trafficking. Therefore, Agents conducted constant surveillance on the residence and on Coleman as he proceeded out of the neighborhood and travelled towards Ocean Springs, Mississippi. During the surveillance, Agents noticed Coleman's driving behavior to be overly precautious as he was constantly monitoring vehicles and persons around him as if he was fearful or attempting to identify law enforcement. As Coleman proceeded east on Highway 90 in Ocean Springs, Mississippi, agents continued surveillance on Coleman until a suitable location, free of persons and other obstructions was located to safely conduct a traffic stop on Coleman. Coleman subsequently turned into the Gulf Island National Seashore and turned onto VFW Road where MBN Captain Brian Sullivan and TFA Rob Drace initiated a traffic stop.

MBN Captain Sullivan and TFA Drace approached the vehicle and made contact with Coleman who was the sole occupant. Coleman was instructed to exit the vehicle where he complied and produced his license. While outside the vehicle, Coleman displayed a heightened level of nervousness and became defensive for being stopped. At this time, TFA Drace observed a black backpack behind the front passenger seat and a white grocery bag that contained a heat sealer and associated heat seal bags in plain view. During conversation, Coleman denied having any weapons, currency or narcotics being within the vehicle and declined consent to search of his vehicle. A narcotic detecting police canine was summoned where an exterior canine sniff of the vehicle showed a positive response for the presence of narcotics within the vehicle. A subsequent search of the vehicle ensued where the black backpack was opened and contained a kilogram size package of suspected cocaine HCL and digital scales.

Based on the findings, Coleman was taken into custody without incident. During his arrest, Coleman made a spontaneous statement to MBN Captain Sullivan claiming that he obtained the cocaine after it floated ashore while he was fishing. Subsequently, a state search warrant was obtained for the residence located at 13096 Alpine Drive in Biloxi, Mississippi. The warrant was

executed where agents and investigators located a vehicle in the garage of the residence where a bag was removed from the trunk that contained four additional kilogram size packages of suspected cocaine HCL and bulk currency. These kilogram packages of cocaine HCL were identical to the one obtained during the traffic stop. Additionally, an object wrapped in brown paper, identical to the package that Coleman received on the previous date, was also located in the trunk that was opened and learned to contain five one pound packages of high-grade marijuana. Investigators also located a second bag of bulk currency concealed under the hood of the same vehicle.

A further search of the residence yielded a black Lorcin .380 caliber pistol found in the closet of the master bedroom and a chrome Smith and Wesson .38 revolver that was located under the dresser of the same bedroom. The Lorcin .380 was loaded and chambered with six rounds of ammunition. Investigators also located numerous documents issued to Coleman in the same bedroom within close proximity of the firearms. Investigators and agents also recovered two digital scales within the residence.

After arrival at the DEA Gulfport Resident Office, Coleman was advised of his rights per Miranda where he declined questioning. During processing and booking procedures, Coleman again made a spontaneous statement to DEA Special Agent Don Penny, while in the presence of TFA Drace that he found the cocaine while he was fishing; then also added, "I've been selling the shit out of it though."

In all, agents recovered approximately (5) five kilograms of cocaine HCL, approximately (5) five pounds of high-grade marijuana, firearms, bulk currency, a heat sealer, plastic bags and digital weigh scales all indicative of drug distribution during the traffic stop and at the residence. A preliminary field test was conducted on the suspected cocaine that resulted in a presumptive positive reaction for the presence of cocaine.

## **CONCLUSION**

Based upon my experience as a DEA Task Force Agent and the facts listed above involving, it is my opinion that there is probable cause to believe that violations of Title 21, United States Code, Section 841(a)(1), have been committed in the Southern District of Mississippi by Bruce Lamar Coleman who possessed, with the intent to distribute, cocaine.

_____
Robert W. Drace
Task Force Agent
Drug Enforcement Administration

Sworn and subscribed this 9th day of September, 2019 before

_____
United States Magistrate Judge